UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Alpha Home Association of Greater | ) | CASE NO. 14-07997-JKC-11 |
| Indianapolis (Indiana), Inc. | ) | |
| | ) | |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S
MOTION TO CONTINUE HEARING**

Nancy J. Gargula, United States Trustee, by Joseph F. McGonigal, Trial Attorney, respectfully requests this court to continue its hearing on the appointment of a healthcare ombudsman.  In support of such request, the U.S. Trustee states:

1.  The Court has scheduled a hearing on the appointment of a healthcare ombudsman for September 8, 2014 at 2:30 pm.

2.  Completed schedules are not due to be filed until September 9, 2014.

3.  On August 27, 2014 the U.S. Trustee, in an effort to determine whether a healthcare ombudsman was necessary, requested detailed information from the Debtor describing the nature of its operation.  Debtor is presently compiling this information.

4.  The U.S. Trustee requests that the Court continue the hearing scheduled for September 8, 2014 for at least a week, to afford the U.S. Trustee time to review the schedules when filed, as well as the additional information

requested of Debtor by the U.S. Trustee on August 27, 2014.

     5.  Counsel for the Debtor does not object to a continuance.

     WHEREFORE, the U.S. Trustee respectfully requests this Court to continue the hearing scheduled for September 8, 2014 at 2:30 pm for at least one week, to a date and time convenient to the Court.

Respectfully submitted,

NANCY J. GARGULA
UNITED STATES TRUSTEE

By/s/ Joseph F. McGonigal
Joseph F. McGonigal
Trial Attorney

## CERTIFICATE OF SERVICE

     I hereby certify that on September 5, 2014, a copy of the foregoing "United States Trustee's Motion to Continue Hearing" was filed electronically or by first class mail to the following:

Brian D. Salwowski     bsalwowski@gmail.com

/s/ Joseph F. McGonigal
Joseph F. McGonigal