UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF00200 (rev 04/2014)

In re:

**Alpha Home Association of Greater Indianapolis (In**,   Case No. **14–07997–JKC–11**
　　　　Debtor(s).

## NOTICE OF CONTINUED HEARING

A(n) Motion to Continue Hearing was filed on September 5, 2014, by U.S. Trustee. The Court, after reviewing this document, determines that a(n) continued hearing is required to evaluate the following matter(s):

　　re: appointment of a healthcare ombudsman

**NOTICE IS GIVEN** that a(n) continued hearing will be held as follows:

　　Date:　September 17, 2014
　　Time:　09:00 AM EDT
　　Place:　Rm. 325 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at http://pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:　September 5, 2014　　　　　　　　　　Kevin P. Dempsey
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court