# United States Bankruptcy Court
## Southern District of Indiana

In re **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**   Case No. **14-07997-JKC-11**
  Debtor(s)   Chapter **11**

## BALANCE SHEET FOR SMALL BUSINESS
## (COVER SHEET)

I, **Jamell Burks-Craig**, declare under penalty of perjury that the foregoing is true and correct copy of the Balance Sheet for Alpha Home Association of Greater Indianapolis (Indiana) Inc.

**September 8, 2014** Date   Signature **/s/ Jamell Burks-Craig**
    **Jamell Burks-Craig**
    **President**

Balance Sheet
As of 12/31/2013

Alpha Home Assoc of Grtr Indpls (AHA)

## Assets

### Current Assets

| Account | Description | Amount | |
|---|---|---|---|
| 1000-00 | CASH - CHECKING | $ | 34,821.09 |
| 1011-00 | CASH - FUND RAISING-CHECKING 1352636 | $ | 9,443.79 |
| 1012-00 | CASH - PETTY CASH | $ | 2,156.10 |
| 1013-00 | CASH -WACHOVIA | $ | 4,901.58 |
| 1014-00 | CASH - FUND RAISING SAVINGS/1588236487 | $ | 10,162.40 |
| 1015-00 | INVESTMENTS - MERRILL LYNCH/WACHOVIA | $ | 222,513.97 |
| 1016-00 | INVESTMENTS/WACHOVIA SECURITIES/MERRILL LYNCE | $ | 201,773.20 |
| 1017-00 | CASH -RESIDENT FUND PETTY CASH | $ | 1,300.00 |
| 1020-00 | ACCOUNTS RECEIVABLE - RESIDENT | $ | 104,778.34 |
| 1022-00 | ACCOUNTS RECEIVABLE - HOSPICE | $ | 162,192.17 |
| 1025-00 | ACCOUNTS RECEIVABLE - MEDICAID | $ | 1,518,935.40 |
| 1027-63 | ACCOUNTS RECEIVABLE | $ | 195,106.72 |
| 1030-00 | ACCOUNTS RECEIVABLE - PRIVATE | $ | 454,011.12 |
| 1033-00 | ACCOUNTS RECEIVABLE-MEDICARE | $ | 61,459.01 |
| 1035-00 | ALLOWANCE/DOUBTFUL ACCOUNTS | $ | -717,285.00 |
| 1040-00 | ACCOUNTS RECEIVABLE-OTHER | $ | -1,200,434.56 |
| 1200-00 | RESIDENTS PERSONAL FUNDS - CHK | $ | 31,586.22 |
| 1210-00 | PREPAID UNIFORMS | $ | 72.63 |
| 1225-00 | PREPAID INSURANCE | $ | 320.00 |
| 1228-00 | RESIDENT TRUST:/MIDLAND TRUST | $ | 45,649.43 |
| 1229-00 | RECEIVABLE - REMAINDER TRUST | $ | 8,556.42 |
| 1231-00 | DISCOUNT ALLOWED | $ | 275.04 |
| | **Total Current Assets:** | $ | 1,152,295.07 |

### Fixed Assets

| Account | Description | Amount | |
|---|---|---|---|
| 1500-00 | BUILDING  (LEASED LAND) | $ | 2,907,640.00 |
| 1505-00 | ACCUM DEPR - BLDG | $ | -1,689,336.41 |
| 1510-00 | FURNITURE AND EQUIPMENT | $ | 959,264.44 |
| 1530-00 | ACCUM DEPR EQUIP | $ | -866,519.64 |
| 1540-00 | LEASEHOLD IMPROVEMENTS | $ | 37,763.18 |
| 1550-00 | ACCUM DEPR LEASEHOLD IMP | $ | -8,519.17 |
| | **Total Fixed Assets:** | $ | 1,340,292.40 |

### Other Assets

| Account | Description | Amount | |
|---|---|---|---|
| 1900-00 | BENEFICIAL INTEREST IN TRUST | $ | 187,648.01 |
| | **Total Other Assets:** | $ | 187,648.01 |
| | **Total Assets:** | $ | 2,680,235.48 |

## Liabilities

### Current Liabilities

| Account | Description | Amount | |
|---|---|---|---|
| 2000-00 | ACCOUNTS PAYABLE | $ | 406,075.38 |
| 2005-00 | AMTS DUE RES. - PERSONAL FUNDS | $ | 35,652.10 |
| 2007-00 | RESIDENTS PMT REFUND LIAB | $ | -2,128.00 |
| 2015-00 | Other Accrued Expenses:NURS | $ | 149,000.00 |
| 2020-00 | ACCRUED SALARIES AND WAGES | $ | 44,282.02 |
| 2030-00 | ACCRUED VACATION PAY | $ | -924.25 |
| 2090-00 | ATTORNEY GENERAL | $ | 12,768.14 |
| 2100-00 | 403b RETIREMENT WITHHELD | $ | -798.09 |
| 2105-00 | 403B EMPLOYERS MATCH | $ | 19,035.11 |
| 2110-00 | UNITED WAY WITHHELD | $ | -1,941.41 |
| 2115-00 | PAYROLL DEDUCTIONS | $ | 27.44 |
| 2120-00 | GARNISHMENTS WITHHELD | $ | 16,505.94 |
| 2125-00 | DESIGNATED RESIDENT NEEDS FUND | $ | 4,061.49 |
| 2130-00 | RETIREMENT PLAN LIABILITY | $ | 539.58 |
| | **Total Current Liabilities:** | $ | 682,155.45 |

### Long-Term Liabilities

| Account | Description | Amount |
|---|---|---|
| 2500-00 | LONG TERM DEBT - BUILDING | $ 203,163.63 |

Balance Sheet
As of 12/31/2013

Alpha Home Assoc of Grtr Indpls (AHA)

| | | | | | |
|---|---|---|---:|---:|---|
| Long-Term Liabilities | | (Continued) | | | |
| 2503-00 | LONG TERM LEASE PURCHASE/FURN:NURS | | $ -9,115.35 | | |
| 2504-00 | Current Portion of LT Lease:NURS | | $ 6,108.00 | | |
| 2599-00 | CURRENT PORTION LTD | | $ 33,321.00 | | |
| | Total Long-Term Liabilities: | | | $ 233,477.28 | |
| | Total Liabilities: | | | $ 915,632.73 | |
| Equity | | | | | |
| 3200-00 | Change in Fund Balance | | $ -414,586.73 | | |
| 3200-00 | RETAINED EARNINGS - PRIOR | | $ 1,954,704.54 | | |
| 3300-00 | PERMANENTLY RESTRICTED NA | | $ 224,484.94 | | |
| | Total Equity: | | | $ 1,764,602.75 | |
| | Total Liabilities & Equity: | | | $ 2,680,235.48 | |