# United States Bankruptcy Court
## Southern District of Indiana

In re   **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**   Case No.   **14-07997-JKC-11**
                                                    Debtor(s)                 Chapter   **11**

## STATEMENT OF OPERATIONS FOR SMALL BUSINESS
## (COVER SHEET)

I, **Jamell Burks-Craig**, declare under penalty of perjury that the foregoing is true and correct copy of the Statement of Operations for Alpha Association of Greater Indianapolis (Indiana) Inc.

Date **September 8, 2014**        Signature   **/s/ Jamell Burks-Craig**
                                              **Jamell Burks-Craig**
                                              **President**

## ASSETS

**CURRENT ASSETS**

| | | |
|---|---|---|
| Cash/Checking | $ | (1,605.81) |
| Investments | | 452,327.65 |
| Cash - Resident Fund Petty Cash | | 500.00 |
| Resident's Personal Funds Checking | | 22,815.03 |
| Accrued Interest Receivable | | - |
| Accounts Receivable | | 412,440.61 |
| Receivable - Remainder Trust | | 9,624.33 |
| Receivable - Trust/Midland | | 46,146.64 |
| Prepaid Uniforms/Wages/Other | | 5,596.59 |
| Prepaid Insurance | | - |
| 3rd Party Receivable | | 117,617.00 |
| Total Current Assets | | 1,065,462.04 |

**PROPERTY & EQUIPMENT**

| | |
|---|---|
| Building (Leased Land) | 2,908,808.15 |
| Equipment | 959,264.44 |
| Leasehold Improvements | 38,017.13 |
| Accumulated Depreciation | (2,407,254.19) |
| | 1,498,835.53 |

**OTHER ASSETS**

| | |
|---|---|
| Beneficial Interest in Trust | 171,549.78 |
| Total Assets | $ 2,735,847.35 |

## LIABILITIES AND NET ASSETS

**CURRENT LIABILITIES**

| | | |
|---|---|---|
| Accounts Payable | $ | 316,900.46 |
| Personal Funds Due Residents | | 39,330.28 |
| Residents Pmt Refund Liability | | 23,509.50 |
| Accrued Payroll and Withholdings | | 4,564.62 |
| Accrued Vacation and Other | | - |
| United Way Withheld | | - |
| Designated Resident Needs Fund | | 4,061.49 |
| Current Portion LTD | | 33,621.00 |
| Attorney General | | 13,079.55 |
| Total Current Liabilities | | 435,066.90 |
| Long Term Debt | | 252,210.53 |
| Total Liabilities | | 687,277.43 |

**NET ASSETS**

| | |
|---|---|
| Unrestricted | 2,027,611.77 |
| Change in fund Balance | (203,526.79) |
| Permanently Restricted | 224,484.94 |
| Total Net Assets | 2,048,569.92 |
| Total Liabilities and Net Assets | $ 2,735,847.35 |