B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re  Alpha Home Association of Greater Indianapolis (Indiana) Inc.  
                                                Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| All Med<br>8199 Zionville Road<br>Indianapolis, IN 46268 | All Med<br>8199 Zionville Road<br>Indianapolis, IN 46268 | | | 107,550.75 |
| Allscripts<br>8529 Six Forks Road<br>Raleigh, NC 27615 | Allscripts<br>8529 Six Forks Road<br>Raleigh, NC 27615 | | | 3,491.74 |
| American United Life Insurance Co.<br>Attn: Acct Control<br>5761 Reliable Parkway<br>Chicago, IL 60686 | American United Life Insurance Co.<br>Attn: Acct Control<br>5761 Reliable Parkway<br>Chicago, IL 60686 | | | 979.29 |
| ARS Rescue Rooter<br>25 Woodrow Ave<br>Indianapolis, IN 46241 | ARS Rescue Rooter<br>25 Woodrow Ave<br>Indianapolis, IN 46241 | | | 635.00 |
| Blue<br>One American Square<br>Suite 2200, Box 82062<br>Indianapolis, IN 46282 | Blue<br>One American Square<br>Suite 2200, Box 82062<br>Indianapolis, IN 46282 | | | 68,605.52 |
| HTS Therapy<br>1411 W County Line Road, Suite A<br>Greenwood, IN 46142 | HTS Therapy<br>1411 W County Line Road, Suite A<br>Greenwood, IN 46142 | | | 4,220.00 |
| JPMorgan Chase Bank<br>PO Box 6026<br>Chicago, IL 60680-6026 | JPMorgan Chase Bank<br>PO Box 6026<br>Chicago, IL 60680-6026 | | | 194,477.33<br><br>(0.00 secured) |
| Living Design Inc<br>47015 SD Highway 44<br>Worthing, SD 57077 | Living Design Inc<br>47015 SD Highway 44<br>Worthing, SD 57077 | | | 1,486.95 |
| Med Pass Inc.<br>L 3495<br>Columbus, OH 43260 | Med Pass Inc.<br>L 3495<br>Columbus, OH 43260 | | | 735.74 |
| Olympic<br>2825 N Arlington Ave<br>Indianapolis, IN 46218 | Olympic<br>2825 N Arlington Ave<br>Indianapolis, IN 46218 | | | 4,319.18 |

B4 (Official Form 4) (12/07) - Cont.

In re __Alpha Home Association of Greater Indianapolis (Indiana) Inc.__         Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pitney Bowes Purchase Power<br>PO Box 37184<br>Pittsburgh, PA 15250 | Pitney Bowes Purchase Power<br>PO Box 37184<br>Pittsburgh, PA 15250 | | | 986.00 |
| Point Click Care Wescom Solutions Inc<br>300 Techne Center Drive, Ste A<br>Milford, OH 45150 | Point Click Care Wescom Solutions Inc<br>300 Techne Center Drive, Ste A<br>Milford, OH 45150 | | | 1,800.00 |
| Premium Assignment<br>PO Box 8000<br>Tallahassee, FL 32314 | Premium Assignment<br>PO Box 8000<br>Tallahassee, FL 32314 | | | 2,600.00 |
| Rays Trash<br>PO Box 1<br>Clayton, IN 46118 | Rays Trash<br>PO Box 1<br>Clayton, IN 46118 | | | 2,930.92 |
| Ricoh Usa, Inc.<br>Bldg A, Bldg B Mailroom<br>810-820 Gears Road<br>Houston, TX 77067 | Ricoh Usa, Inc.<br>Bldg A, Bldg B Mailroom<br>810-820 Gears Road<br>Houston, TX 77067 | | | 1,302.54 |
| Seneca Medical<br>500 Industrial Park Dr<br>Shelbyville, IN 46176 | Seneca Medical<br>500 Industrial Park Dr<br>Shelbyville, IN 46176 | | | 20,935.42 |
| SMS Specialized Medical Services<br>3112 Solution Center<br>Chicago, IL 60677 | SMS Specialized Medical Services<br>3112 Solution Center<br>Chicago, IL 60677 | | | 37,597.29 |
| Super Laundry Equipment Corp<br>dba Laundry City Equipment<br>2450 N. Shadland<br>Indianapolis, IN 46219 | Super Laundry Equipment Corp<br>dba Laundry City Equipment<br>2450 N. Shadland<br>Indianapolis, IN 46219 | | | 7,000.00 |
| Sysco<br>4000 W 62nd St<br>Indianapolis, IN 46268 | Sysco<br>4000 W 62nd St<br>Indianapolis, IN 46268 | | | 95,249.15 |
| The Uniform House<br>1927 N Capital Ave<br>Indianapolis, IN 46202 | The Uniform House<br>1927 N Capital Ave<br>Indianapolis, IN 46202 | | | 2,919.91 |

B4 (Official Form 4) (12/07) - Cont.

In re  Alpha Home Association of Greater Indianapolis (Indiana) Inc.
Debtor(s)

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 8, 2014**    Signature **/s/ Jamell Burks-Craig**
**Jamell Burks-Craig**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy