B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Indiana

In re    __Alpha Home Association of Greater Indianapolis (Indiana) Inc.__ ,     Case No. __14-07997-JKC-11__
                         Debtor

Chapter __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,009,900.00 | | |
| B - Personal Property | Yes | 3 | 251,680.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 194,477.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 4,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 302,175.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 3,261,580.00 | | |
| Total Liabilities | | | | 500,652.73 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Alpha Home Association of Greater Indianapolis (Indiana) Inc.** ,   Case No. __14-07997-JKC-11__

Debtor

Chapter __11__

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Alpha Home Association of Greater Indianapolis (Indiana) Inc.** ,    Case No.    **14-07997-JKC-11**
_____    _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2640 Cold Spring Road**<br>**Indianapolis, IN 46222**<br>**Nursing home facility**<br>**(value from 2014 property tax assessment)**<br>**Land is owned by Indianapolis Foundation, Inc.** | | - | 3,009,900.00 | 194,477.33 |

| | | |
|---|---|---|
| Sub-Total > | 3,009,900.00 | (Total of this page) |
| Total > | 3,009,900.00 | |

____0____  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**
_____,    Case No. __**14-07997-JKC-11**__
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Patients Funds account  #0694**<br><br>**General Account #9310** | - | 2,900.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **2,900.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**                    ,          Case No.   __14-07997-JKC-11__
_____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **EDS Payment - monthly (ongoing)** **CMS Payment - billing (ongoing)** | **-** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**                                Case No.   **14-07997-JKC-11**
                                                                                                ,
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached "INVENTORY LIST" Location: 2640 Cold Spring Road, Indianapolis IN 46222 | - | 248,780.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | 248,780.00 |
| Total > | 251,680.00 |

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Alpha Home Association of Greater Indianapolis (Indiana) Inc.__ , Case No. __14-07997-JKC-11__
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxx3006**<br><br>**JPMorgan Chase Bank**<br>**PO Box 6026**<br>**Chicago, IL 60680-6026** | - | | | | **Mortgage**<br>**2640 Cold Spring Road**<br>**Indianapolis, IN 46222**<br>**Nursing home facility**<br>**(value from 2014 property tax assessment)**<br>**Land is owned by Indianapolis Foundation, Inc.** | | | | | |
| | | | | | Value $ **3,009,900.00** | | | | **194,477.33** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | **194,477.33** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **194,477.33** | **0.00** |

B6E (Official Form 6E) (4/13)

In re __Alpha Home Association of Greater Indianapolis (Indiana) Inc.__ , Case No. __14-07997-JKC-11__
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Alpha Home Association of Greater Indianapolis (Indiana) Inc.** ,   Case No.   __14-07997-JKC-11__
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2013** | | | | | |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | **Federal taxes** | | | | | **0.00** |
| | | | | | | | **4,000.00** | **4,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  __1__  of  __1__   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **4,000.00** | **4,000.00** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **4,000.00** | **4,000.00** |

B6F (Official Form 6F) (12/07)

In re __Alpha Home Association of Greater Indianapolis (Indiana) Inc.__ ,    Case No. __14-07997-JKC-11__

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **Accelerated Care Plus Leasing Inc.** 4850 Toule St, Ste 41 Reno, NV 89502 | - | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | |
| **Accessible Staffing** PO Box 13188 Milwaukee, WI 53213 | | | | | | | | **562.50** |
| **Account No.** | | | | | | | | |
| **Accumed** PO Box 641836 Cincinnati, OH 45264 | - | | | | | | | **105.00** |
| **Account No.** | | | | | | | | |
| **All Med** 8199 Zionville Road Indianapolis, IN 46268 | - | | | | | | | **23,208.50** |
| __14__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | **23,876.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**                    ,        Case No.   __14-07997-JKC-11__
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Allegra Long Printing Service Inc 7802 East 88th Street Indianapolis, IN 46256 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Allen Herring 6019 Brookshire Drive Pittsboro, IN 46167 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Allscripts 8529 Six Forks Road Raleigh, NC 27615 | - | | | | | | 3,491.74 |
| Account No. | | | | | | | |
| American United Life Insurance Co. Attn: Acct Control 5761 Reliable Parkway Chicago, IL 60686 | - | | | | | | 979.29 |
| Account No. | | | | | | | |
| Aqua Systems 7785 East US Highway 36 Avon, IN 46123 | - | | | | | | Unknown |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,471.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**          ,          Case No.   __14-07997-JKC-11__
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Arjo Hunt Leigh PO Box 640799 Pittsburgh, PA 15264 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| ARS Rescue Rooter 25 Woodrow Ave Indianapolis, IN 46241 | - | | | | | | | 635.00 |
| Account No. | | | | | | | | |
| Astbury 5940 West Raymond Street Indianapolis, IN 46241 | - | | | | | | | 168.00 |
| Account No. | | | | | | | | |
| At&T PO Box 5080 Carol Stream, IL 60197 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| B&E Health Care Solutions Inc. 4337 W 96th Street, Suite 300 Indianapolis, IN 46268 | - | | | | | | | Unknown |

| | | |
|---|---|---|
| Sheet no. __2__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 803.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alpha Home Association of Greater Indianapolis (Indiana) Inc.** ,  Case No.  **14-07997-JKC-11**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Blue** **One American Square** **Suite 2200, Box 82062** **Indianapolis, IN 46282** | | - | | | | | | 68,605.52 |
| Account No. | | | | | | | | |
| **Bright House** **PO Box 30262** **Tampa, FL 33630** | | - | | | | | | 188.00 |
| Account No. | | | | | | | | |
| **Canon Solutions America** **300 Commerce Square Blvd** **Burlington, NJ 08016** | | - | | | | | | 97.85 |
| Account No. | | | | | | | | |
| **Cassidy Turley** **10 W Market St, Ste 1120** **Indianapolis, IN 46204** | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Citizen Energy Group** **PO Box 7056** **Indianapolis, IN 46207** | | - | | | | | | 7,000.00 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **75,891.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**                    ,    Case No.   **14-07997-JKC-11**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Citizens Water PO Box 1990 Indianapolis, IN 46206** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Clia Laboratory Program PO Box 530882 Atlanta, GA 30353** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Courtney & Associates 3530 N Keystone Ave Indianapolis, IN 46227** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Courtney & Associates LLC 3530 S Keystone Avenue Indianapolis, IN 46227** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Donald R. Hodson Distributing PO Box 24672 Indianapolis, IN 46224** | | - | | | | | | **Unknown** |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**                    ,      Case No.   **14-07997-JKC-11**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Eco Lab** **PO Box 70343** **Chicago, IL 60673** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Facilities Management LLC** **8505 Zionville Road** **Indianapolis, IN 46268** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Financial Care of the Wabash Valley** **7669 S Monticello St** **Terre Haute, IN 47802** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Financial Management Resources Inc** **11805 N Pennsylvania St** **Carmel, IN 46032** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **George R Hallal** **3225 Winfield** **Indianapolis, IN 46222** | - | | | | | | | **Unknown** |

Sheet no.   **5**   of   **14**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Alpha Home Association of Greater Indianapolis (Indiana) Inc.__ ,     Case No. __14-07997-JKC-11__
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Gordon Food Service PO Box 1787 Grand Rapids, MI 49501 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Grace Refrigeration PO Box 606 Zionsville, IN 46077 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Greenwood Medical Laboratory 622 N Madison Ave Greenwood, IN 46142 | | - | | | | | 612.18 |
| Account No. | | | | | | | |
| Harmon & Hanlon Ltd 2737 E 56th St, Ste B PO Box 20823 Indianapolis, IN 46220 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| Hornings Inc. 176 West 28th Street PO Box 88416 Indianapolis, IN 46205 | | - | | | | | Unknown |

Sheet no. __6__ of __14__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)        612.18

B6F (Official Form 6F) (12/07) - Cont.

In re    __Alpha Home Association of Greater Indianapolis (Indiana) Inc.__     ,    Case No.   __14-07997-JKC-11__

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **HPS** <br> **3275 M-37 Highway** <br> **PO Box 247** <br> **Middleville, MI 49333** | - | | | | | | **416.00** |
| Account No. <br><br> **HTS Therapy** <br> **1411 W County Line Road, Suite A** <br> **Greenwood, IN 46142** | - | | | | | | **4,220.00** |
| Account No. <br><br> **Humana Comp Benefits** <br> **PO Box 219051** <br> **Kansas City, MO 64121** | - | | | | | | **Unknown** |
| Account No. <br><br> **Indianapolis Power and Light** <br> **P.O. Box 110** <br> **Indianapolis, IN 46206** | - | | | | | | **10,000.00** |
| Account No. <br><br> **Indianapolis Star** <br> **307 N Pennsylvania St** <br> **Indianapolis, IN 46206** | - | | | | | | **Unknown** |

Sheet no. __7__ of __14__ sheets attached to Schedule of             Subtotal       | **14,636.00**
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**                          ,    Case No.    **14-07997-JKC-11**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **IU Health** 250 N Shadeland Indianapolis, IN 46219 | - | | | | | | Unknown |
| Account No. **IU Health Occupational** 4850 W Century Plaza Rd, Ste 140 Indianapolis, IN 46254 | - | | | | | | Unknown |
| Account No. **Leading Age** PO Box 68829 Indianapolis, IN 46268 | - | | | | | | Unknown |
| Account No. **Living Design Inc** 47015 SD Highway 44 Worthing, SD 57077 | - | | | | | | 1,486.95 |
| Account No. **Med Pass Inc.** L 3495 Columbus, OH 43260 | - | | | | | | 735.74 |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,222.69**

B6F (Official Form 6F) (12/07) - Cont.

In re __Alpha Home Association of Greater Indianapolis (Indiana) Inc._____,    Case No. __14-07997-JKC-11_____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Midwest Radiology**<br>**PO Box 56046**<br>**Indianapolis, IN 46250** | - | | | | | | Unknown |
| Account No. **xx5433**<br><br>**Oce Imagistics Inc**<br>**7555 E Hampden Ave**<br>**Suite 200**<br>**Denver, CO 80231** | - | | | | | | Unknown |
| Account No.<br><br>**Office Max Incorporated**<br>**75 Remittance Drive #2698**<br>**Chicago, IL 60675** | - | | | | | | Unknown |
| Account No. **xx0234**<br><br>**Olympic**<br>**2825 N Arlington Ave**<br>**Indianapolis, IN 46218** | - | | | | | | 4,319.18 |
| Account No.<br><br>**Oscar Telecom Inc**<br>**802 N Grant Ave**<br>**Indianapolis, IN 46201** | - | | | | | | Unknown |

Sheet no. __9___ of __14___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     4,319.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **Alpha Home Association of Greater Indianapolis (Indiana) Inc.** ,    Case No.    **14-07997-JKC-11**
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Otis Spunkmeger Aryzta LLC** <br> **7090 Collections** <br> **Chicago, IL 60693** | - | | | | | | **Unknown** |
| Account No. <br><br> **Peers & Associates** <br> **19041 Northbrook Circle** <br> **Westfield, IN 46074** | - | | | | | | **Unknown** |
| Account No. **xxxxxxx7870** <br><br> **Pitney Bowes Purchase Power** <br> **PO Box 37184** <br> **Pittsburgh, PA 15250** | - | | | | | | **2,159.73** |
| Account No. <br><br> **Point Click Care Wescom Solutions Inc** <br> **300 Techne Center Drive, Ste A** <br> **Milford, OH 45150** | - | | | | | | **1,800.00** |
| Account No. **xx2251** <br><br> **Premium Assignment** <br> **PO Box 8000** <br> **Tallahassee, FL 32314** | - | | | | | | **2,600.00** |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,559.73**

B6F (Official Form 6F) (12/07) - Cont.

In re __Alpha Home Association of Greater Indianapolis (Indiana) Inc.__ ,  Case No. __14-07997-JKC-11__
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx8407** | | | | | | | | |
| Rays Trash PO Box 1 Clayton, IN 46118 | | - | | | | | | **2,930.92** |
| Account No. | | | | | | | | |
| RCS 3112 Solution Center Chicago, IL 60677 | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Reed's Home Service Landscaping 3415 Periwinkle Way Indianapolis, IN 46220 | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Republic Services 832 Laugdate Avenue Indianapolis, IN 46202 | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| RFS Group PO Box 55281 Indianapolis, IN 46205 | | - | | | | | | **203.38** |

Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,134.30**

B6F (Official Form 6F) (12/07) - Cont.

In re __Alpha Home Association of Greater Indianapolis (Indiana) Inc.__ ,    Case No.   __14-07997-JKC-11__
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9900**<br><br>**Ricoh Usa, Inc.**<br>**Bldg A, Bldg B Mailroom**<br>**810-820 Gears Road**<br>**Houston, TX 77067** | - | | | | | | 1,302.54 |
| Account No. **xxxx-x8607**<br><br>**Riley Bennett & Egloff LLP**<br>**Attorneys at Law**<br>**141 E Washington St, Fourth Floor**<br>**Indianapolis, IN 46204** | - | | | | | | Unknown |
| Account No.<br><br>**Safe Care**<br>**749 S Grant**<br>**Indianapolis, IN 46203** | - | | | | | | Unknown |
| Account No.<br><br>**Seneca Medical**<br>**500 Industrial Park Dr**<br>**Shelbyville, IN 46176** | - | | | | | | 20,935.42 |
| Account No.<br><br>**SMS Specialized Medical Services**<br>**3112 Solution Center**<br>**Chicago, IL 60677** | - | | | | | | 37,597.29 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,835.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**                    ,          Case No.   __14-07997-JKC-11__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Stericycle** **4010 Commercial Avenue** **Northbrook, IL 60062** | - | | | | | | | 539.00 |
| Account No. | | | | | | | | |
| **Super Laundry Equipment Corp** **dba Laundry City Equipment** **2450 N. Shadland** **Indianapolis, IN 46219** | - | | | | | | | 7,000.00 |
| Account No. | | | | | | | | |
| **Sysco** **4000 W 62nd St** **Indianapolis, IN 46268** | - | | | | | | | 95,249.15 |
| Account No. | | | | | | | | |
| **Terminix** **PO Box 17167** **Memphis, TN 38187** | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **The Uniform House** **1927 N Capital Ave** **Indianapolis, IN 46202** | - | | | | | | | 2,919.91 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

105,708.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Alpha Home Association of Greater Indianapolis (Indiana) Inc.** ,    Case No.    **14-07997-JKC-11**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5703**<br><br>**Unifirst Corporation**<br>**4201 Industrial Blvd**<br>**Indianapolis, IN 46254** | | - | | | | | **106.61** |
| Account No.<br><br>**Unum Life Insurance Company of America**<br>**PO Box 409548**<br>**Atlanta, GA 30384** | | - | | | | | **Unknown** |
| Account No.<br><br>**Verizon Wireless**<br>**PO Box 4002**<br>**Acworth, GA 30101** | | - | | | | | **Unknown** |
| Account No.<br><br>**VGM Financial Services**<br>**1111 W San Marnan Dr**<br>**Waterloo, IA 50701** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **106.61** |
| | Total<br>(Report on Summary of Schedules) | **302,175.40** |

B6G (Official Form 6G) (12/07)

.

In re    **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**       Case No.   __14-07997-JKC-11__
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Alpha Home Association of Greater Indianapolis (Indiana) Inc.**       Case No.   **14-07997-JKC-11**
                                  Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**     continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re   __Alpha Home Association of Greater Indianapolis (Indiana) Inc.__    Case No.   __14-07997-JKC-11__
                                    Debtor(s)                              Chapter   __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  __September 25, 2014__          Signature   __/s/ Jamell Burks-Craig__
                                                 __Jamell Burks-Craig__
                                                 __President__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.